Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle    District of Florida

_____ Division

| | |
|---|---|
| Lisa Enlow and John Enlow _____ | ) Case No. 6125-cv-964-JSS-LHP _____ |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* [X] Yes [ ] No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| City of Palm Bay, v Palm Bay Police | ) |
| Department, Nelson Moya, Jeffrey Spears, | ) |
| John Resh, Suzanne Sherman, James Ris, | ) |
| Aaron Arndt _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lisa Enlow and John Enlow |
| Street Address | 2572 Emerson Drive SE |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida 32909 |
| Telephone Number | 321-474-3345 |
| E-mail Address | enlow9174@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | City of Palm Bay Florida |
| Job or Title *(if known)* | |
| Street Address | 120 Malabar Road |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida, 32907 |
| Telephone Number | 321-952-3414 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Palm Bay Police Department |
| Job or Title *(if known)* | |
| Street Address | 130 Malabar Road |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida, 32907 |
| Telephone Number | 321-952-3456 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Nelson Moya |
| Job or Title *(if known)* | |
| Street Address | 400 Oxhead Road |
| City and County | Stony Brook, Suffolk |
| State and Zip Code | New York, 11790 |
| Telephone Number | 631-853-6311 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Jeffrey Spears |
| Job or Title *(if known)* | |
| Street Address | 130 Malabar Road |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida, 32907 |
| Telephone Number | 321-952-3456 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name                      City of Palm Bay Florida

Job or Title *(if known)*

Street Address        120 Malabar Road

City and County       Palm Bay, Brevard

State and Zip Code    Florida 32909

Telephone Number    321-952-3414

E-mail Address *(if known)*


**Defendant No. 2**

Name                      Palm Bay Police Department

Job or Title *(if known)*

Street Address        130 Malabar Road

City and County       Palm Bay, Brevard

State and Zip Code    Florida, 32907

Telephone Number    321-952-3456

E-mail Address *(if known)*


**Defendant No. 3**

Name                      Nelson Moya

Job or Title *(if known)*

Street Address        100 Veterans Memorial Highway

City and County       Hauppauge, Suffolk

State and Zip Code    New York, 11788

Telephone Number    631-853-6311

E-mail Address *(if known)*


**Defendant No. 4**

Name                      Jeffrey Spears

Job or Title *(if known)*

Street Address        130 Malabar Road

City and County       Palm Bay, Brevard

State and Zip Code    Florida, 32907

Telephone Number    321-952-3456

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

|  |  |
|---|---|
| Name | Suzanne Sherman |
| Job or Title *(if known)* |  |
| Street Address | 120 Malabar Road |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida 32909 |
| Telephone Number | 321-952-3414 |
| E-mail Address *(if known)* |  |

Defendant No. 2

|  |  |
|---|---|
| Name | John Resh |
| Job or Title *(if known)* |  |
| Street Address | 130 Malabar Road |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida, 32907 |
| Telephone Number | 321-952-3456 |
| E-mail Address *(if known)* |  |

Defendant No. 3

|  |  |
|---|---|
| Name | James Ris |
| Job or Title *(if known)* |  |
| Street Address | 130 Malabar Road |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida, 32907 |
| Telephone Number | 321-952-3456 |
| E-mail Address *(if known)* |  |

Defendant No. 4

|  |  |
|---|---|
| Name | Aaron Arndt |
| Job or Title *(if known)* |  |
| Street Address | 130 Malabar Road |
| City and County | Palm Bay, Brevard |
| State and Zip Code | Florida, 32907 |
| Telephone Number | 321-952-3456 |
| E-mail Address *(if known)* |  |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. § 2000d, et seq. and 34 U.S.C. § 10228; § 914.22 42 U.S.C. 14141; Violation of Special Relationship Doctrine; Violation of the 1983 Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Lisa Enlow and John Enlow                    , is a citizen of the

State of *(name)*  Florida                                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*    Suzanne Sherman          , is a citizen of

the State of *(name)*    Florida                 . Or is a citizen of

*(foreign nation)* _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. § 2000d, et seq. and 34 U.S.C. § 10228; § 914.22 42 U.S.C. 14141; Violation of Special Relationship Doctrine; Violation of the 1983 Act

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Lisa Enlow and John Enlow                , is a citizen of the State of *(name)* Florida                          .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*   Nelson Moya          , is a citizen of the State of *(name)*   New York          . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)*   Palm Bay Police Depart   , is incorporated under

the laws of the State of *(name)*   Florida                                    , and has its

principal place of business in the State of *(name)*   Florida                          .

Or is incorporated under the laws of *(foreign nation)*                                    ,

and has its principal place of business in *(name)*                                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiffs lives were endangered as a direct result of the defendants failure to preform their jobs, the plaintiffs were forced to sell their home at a large loss in order to ensure their own safety, were left homeless, endured over 10 years of pain and suffering, their lives and childrens lives were threatened, they have been harrassed, defamed and discriminated against at the hands of the defendants on a daily basis.  See attached timeline.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

42 U.S.C. § 2000d, et seq. Title VI, 42 U.S.C. § 2000d et seq., was enacted as part of the landmark Civil Rights Act of 1964. It prohibits discrimination on the basis of race, color, and national origin in programs and activities receiving federal financial assistance. The defendants refused service and protection to the plantiffs after the defendants asked the plantiff, Lisa Enlow, to be a witness in a theft case. The theives were proven to have guns and began harassing and threatening the plantiff. The defendants refused service on multiple occassions when the plantiff was in fear for her and her family's lives. The defendants blocked all attempts by the Enlows to report the misconduct.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$83,000 loss on sale of home, 2,917,000 Flashbacks, nightmares, Intense disturbing thoughts as well as feelings; Feelings of sadness, fear, and anger; and Strong negative reactions to certain triggers, Sleep disturbances, insomnia; Anxiety, depression, and fear; Humiliation; and Grief, Post-traumatic stress disorder, mental anguish, emotional distress and pain and suffering for plantiff Lisa Enlow, 1,000,000 pain and suffering for John Enlow. Suspension of retirement benefits for all defendants for violating Article II, Section 8, Subsection (g) of the Florida Constitution.

    b.    If the defendant is a corporation

The defendant, *(name)*    City of Palm Bay    , is incorporated under

the laws of the State of *(name)*    Florida    , and has its

principal place of business in the State of *(name)*    Florida    .

Or is incorporated under the laws of *(foreign nation)*    ,

and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiffs lives were endangered as a direct result of the defendants failure to preform their jobs, the plaintiffs were forced to sell their home at a large loss in order to ensure their own safety, were left homeless, endured over 10 years of pain and suffering, their lives and childrens lives were threatened, they have been harrassed, defamed and discriminated against at the hands of the defendants on a daily basis. See attached timeline.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

42 U.S.C. § 2000d, et seq. Title VI, 42 U.S.C. § 2000d et seq., was enacted as part of the landmark Civil Rights Act of 1964. It prohibits discrimination on the basis of race, color, and national origin in programs and activities receiving federal financial assistance. The defendants refused service and protection to the plantiffs after the defendants asked the plantiff, Lisa Enlow, to be a witness in a theft case. The theives were proven to have guns and began harassing and threatening the plantiff. The defendants refused service on multiple occassions when the plantiff was in fear for her and her family's lives. The defendants blocked all attempts by the Enlows to report the misconduct.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$83,000 loss on sale of home, 2,917,000 Flashbacks, nightmares, Intense disturbing thoughts as well as feelings; Feelings of sadness, fear, and anger; and Strong negative reactions to certain triggers, Sleep disturbances, insomnia; Anxiety, depression, and fear; Humiliation; and Grief, Post-traumatic stress disorder, mental anguish, emotional distress and pain and suffering for plantiff Lisa Enlow, 1,000,000 pain and suffering for John Enlow. Suspension of retirement benefits for all defendants for violating Article II, Section 8, Subsection (g) of the Florida Constitution.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. § 2000d, et seq. and 34 U.S.C. § 10228; § 914.22 42 U.S.C. 14141; Violation of Special Relationship Doctrine; Violation of the 1983 Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, *(name)* Lisa Enlow and John Enlow _____ , is a citizen of the
        State of *(name)* Florida _____ .

    b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____ , is incorporated
        under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)*
        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
        The defendant, *(name)* Jeffrey Spears _____ , is a citizen of
        the State of *(name)* Florida _____ . Or is a citizen of
        *(foreign nation)* _____ .

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. § 2000d, et seq. and 34 U.S.C. § 10228; § 914.22 42 U.S.C. 14141; Violation of Special Relationship Doctrine; Violation of the 1983 Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* Lisa Enlow and John Enlow _____, is a citizen of the
   State of *(name)* Florida _____.

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* John Resh _____, is a citizen of
   the State of *(name)* Florida _____. Or is a citizen of
   *(foreign nation)* _____.

Page 3 of 5

he

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 2000d, et seq. and 34 U.S.C. § 10228; § 914.22 42 U.S.C. 14141; Violation of Special Relationship Doctrine; Violation of the 1983 Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Lisa Enlow and John Enlow                    , is a citizen of the State of *(name)*  Florida                              .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Aaron Arndt                    , is a citizen of the State of *(name)* Florida                    . Or is a citizen of *(foreign nation)* _____ .

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     6-1-2025

Signature of Plaintiff

Printed Name of Plaintiff     LISA Enlow   John Dennis Enlow

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address